UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:19-cr-00125 |
| v. | ) | |
| | ) | Dist. Judge Harry S. Mattice |
| DESMOND LADON LOGAN | ) | |
| | ) | Mag. Judge Christopher H. Steger |

## REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on September 12, 2019. At the hearing, Defendant entered a plea of guilty to Counts One and Two of the two count Information. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact. Acceptance of the plea, adjudication of guilt, acceptance of the Plea Agreement, and imposition of sentence are specifically reserved for the District Court Judge.

I therefore recommend that the Court: (1) accept Defendant's guilty plea as to Counts One and Two of the two count Information; (2) adjudicate Defendant guilty of deprivation of rights, where Defendant, while acting under color of law, willfully deprived the victim of her right to bodily integrity resulting in bodily injury in violation of 18 U.S.C. § 242; (3) adjudicate Defendant guilty of deprivation of rights, where Defendant, while acting under color of law, willfully

1

deprived the victim of her right not to be subjected to unreasonable seizure and the offense included the use or attempted use of a dangerous weapon in violation of 18 U.S.C. § 242; and (4) order that Defendant remain in custody pending further order of this Court.

The Defendant's sentencing hearing is scheduled on **February 10, 2020, at 2:00 p.m**.

**ENTER.**

/s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

You have the right to *de novo* review by the district judge of the foregoing findings. Any application for review must be in writing; must specify the portions of the findings or proceedings objected to; and must be filed and served no later than fourteen (14) days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).