# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:19-cr-00125 |
| v. | ) | |
| | ) | Dist. Judge Harry S. Mattice |
| DESMOND LADON LOGAN | ) | |
| | ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 15] recommending that the Court: (1) accept Defendant's guilty plea as to Counts One and Two of the two count Information; (2) adjudicate Defendant guilty of deprivation of rights, where Defendant, while acting under color of law, willfully deprived the victim of her right to bodily integrity resulting in bodily injury in violation of 18 U.S.C. § 242; (3) adjudicate Defendant guilty of deprivation of rights, where Defendant, while acting under color of law, willfully deprived the victim of her right not to be subjected to unreasonable seizure and the offense included the use or attempted use of a dangerous weapon in violation of 18 U.S.C. § 242; and (4) order that Defendant remain in custody pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 15] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Counts One and Two of the two count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of deprivation of rights, where Defendant, while acting under color of law, willfully deprived the victim of her right to bodily integrity resulting in bodily injury in violation of 18 U.S.C. § 242;

3. Defendant is hereby **ADJUDGED** guilty of deprivation of rights, where Defendant, while acting under color of law, willfully deprived the victim of her right not to be subjected to unreasonable seizure and the offense included the use or attempted use of a dangerous weapon in violation of 18 U.S.C. § 242;

4. Defendant's sentencing hearing shall take place on **February 10, 2020, at 2:00 p.m.**; and

5. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　*/s/ Harry S. Mattice, Jr.*
　　　　　　　　　　　　　　　　　　HARRY S. MATTICE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE