**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 18, 2020

Ms. Amye Guinn
39 Honeysuckle Drive
Rock Springs, GA 30739

      Re: Case No. 20-5988, *USA v. Desmond Logan*
           Originating Case No. : 1:19-cr-00125-1

Dear Ms. Guinn,

   The transcript in the above styled case(s) was ordered on October 1, 2020 by the appellant's counsel. Financial arrangements have been made and the transcript is now past due.

   Please file said transcript by **November 30, 2020** or request an extension of time explaining why you cannot comply.

NOTE: If you have already completed and filed the transcript with the district court, please note that you must also make the appropriate entry on this court's CM/ECF docket. For further information in making this entry, go to this court's website, http://www.ca6.uscourts.gov/transcript-tutorials, and refer to the "Court Reporter Transcript Filed in District Court Tutorial."

   Your cooperation in this matter is appreciated.

                               Sincerely yours,

                               s/Roy G. Ford
                               Case Manager
                               Direct Dial No. 513-564-7016

cc:  Ms. Tovah R. Calderon
     Ms. Elizabeth Hecker
     Mr. Gary W. Lanker
     Mr. John L. Medearis
     Ms. Debbie S. Hunt